UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY CLANCY, ) | Case No.: C 12-3003 PSG |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| THE BROMLEY TEA COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On August 21, 2011, Plaintiff Tony Clancy appeared before Magistrate Judge Paul S. Grewal for a case management conference. Defendant The Bromley Tea Company did not. Based on Plaintiff's Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the case management conference is continued to October 16, 2012 at 2PM.

Dated: 9/14/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-3003 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-3003 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-3003 PSG
ORDER