WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY CLANCY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF<br><br>    Defendants. | EMC<br>Case No.   CV12-03003-~~PSG~~<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER EXTENDING TIME TO ANSWER AND CONTINUING THE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER
CASE NO. CV12-03003-PSG
sf-3221025

Plaintiff Tony Clancy ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF ("Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS on October 9, 2012, Plaintiff filed an Amended Complaint;

WHEREAS Defendants recently retained counsel and intend to file an Answer to the Amended Complaint;

WHEREAS the Amended Complaint is 48 pages long, and contains numerous allegations which will require a substantial investigation on Defendants' part in order to answer;

WHEREAS a case management conference would be premature at this time as Defendants' counsel requires time to investigate the issues and facts raised in the Amended Complaint;

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that: Defendants shall have until January 23, 2013 to respond to Plaintiff's Amended Complaint, and the Case Management Conference shall be continued until February 5, 2013 at 2:00 p.m.

| | | |
|---|---|---|
| 1 | Dated: December 4, 2012 | WILLIAM L. STERN<br>CLAUDIA M. VETESI<br>LISA A. WONGCHENKO<br>MORRISON & FOERSTER LLP |

By: /s/ *William L. Stern*
    WILLIAM L. STERN

Attorneys for Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF

Dated: December 4, 2012

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, California 95008

By: /s/ *Ben F. Pierce Gore*
    BEN F. PIERCE GORE

Attorneys for Plaintiff

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND CONTINUING THE CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: December 4, 2012

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
    WILLIAM L. STERN

**[P~~ROPO~~SED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The CMC is reset to 2/7/13 at 9:00 a.m. before Judge Chen. A joint CMC Statement is due 1/31/13.

DATED: 12/7/12

MAGISTRATE ~~JUDGE PAUL SINGH GREWAL~~

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA