1 | WILLIAM L. STERN (CA SBN 96105)
  | WStern@mofo.com
2 | CLAUDIA M. VETESI (CA SBN 233485)
  | CVetesi@mofo.com
3 | LISA A. WONGCHENKO (CA SBN 281782)
  | LWongchenko@mofo.com
4 | MORRISON & FOERSTER LLP
  | 425 Market Street
5 | San Francisco, California 94105-2482
  | Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | Attorneys for Defendants
  | BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A
8 | BROMLEY TEA COMPANY, LONDON HOLDING
  | COMPANY, INC., BROMLEY PRODUCTS CORP., IRA
9 | BARBAKOFF, PAUL BARBAKOFF AND GLENN
  | BARBAKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TONY CLANCY, on behalf of himself and all others similarly situated, | Case No. CV12-03003-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PR~~OPO~~SED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF | |
| Defendants. | |

Plaintiff Tony Clancy ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF ("Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS on October 9, 2012, Plaintiff filed an Amended Complaint;

WHEREAS on January 23, 2013, Defendants filed an Answer to the Amended Complaint;

WHEREAS the case management conference is currently scheduled for February 7, 2013 at 9:00 a.m.

WHEREAS the parties have recently started settlement discussion and believe a case management conference would be premature at this time, as it would be inefficient for a litigation schedule to proceed while the parties attempt to resolve the matter;

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the Case Management Conference shall be continued until March 21, 2013 at 9:00 a.m.

Dated: January 28, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP


By: /s/ *William L. Stern*
 WILLIAM L. STERN

Attorneys for Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF

1 | Dated: January 28, 2013

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, California 95008

By: /s/ *Ben F. Pierce Gore*
     BEN F. PIERCE GORE

Attorneys for Plaintiff

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV12-03003-EMC
sf-3243261

2

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: January 28, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
　　　WILLIAM L. STERN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/30/13

DISTRICT JUDGE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV12-03003-EMC
sf-3243261

3