**FILED**

APR 1 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY CLANCY,

           Plaintiff,

    v.

THE BROMLEY TEA COMPANY, et al.,

           Defendants.

Case No.  12-cv-03003-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Plaintiff's Motion for Class Certification due | October 11, 2013 |
| Defendant's Opposition to Class Certification due | November 8, 2013 |
| Plaintiff's Class Certification Reply due | November 22, 2013 |
| Class certification hearing | December 17, 2013 |

Counsel can modify these dates only with leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial.  No continuance, even if stipulated,

United States District Court
Northern District of California

United States District Court
Northern District of California

1   shall be granted on the ground of incomplete preparation without competent and detailed

2   declarations setting forth good cause.

3   Dated: April 10, 2013

4   _____
                                                JON S. TIGAR
                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28