| | | |
|---|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) | **FILED** |
| | WStern@mofo.com | |
| 2 | CLAUDIA M. VETESI (CA SBN 233485) | |
| | CVetesi@mofo.com | MAY 1 3 2013 |
| 3 | LISA A. WONGCHENKO (CA SBN 281782) | |
| | LWongchenko@mofo.com | RICHARD W. WIEKING |
| 4 | MORRISON & FOERSTER LLP | CLERK, U.S. DISTRICT COURT |
| | 425 Market Street | NORTHERN DISTRICT OF CALIFORNIA |
| 5 | San Francisco, California 94105-2482 | |
| | Telephone: 415.268.7000 | |
| 6 | Facsimile: 415.268.7522 | |

7  Attorneys for Defendants
   BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A
8  BROMLEY TEA COMPANY, LONDON HOLDING
   COMPANY, INC., BROMLEY PRODUCTS CORP., IRA
9  BARBAKOFF, PAUL BARBAKOFF AND GLENN
   BARBAKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY CLANCY, on behalf of himself and all others similarly situated, | Case No. CV12-03003-JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE ADR DEADLINE |
| v. | [CIVIL L.R. 6-1] |
| BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF, | Judge: Hon. Jon S. Tigar<br>Action Filed: June 11, 2012 |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1, Plaintiff Tony Clancy ("Plaintiff"), on behalf of himself |
| 2 | and all others similarly situated, and Defendants BROMLEY TEA COMPANY, EASTERN TEA |
| 3 | CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., |
| 4 | BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN |
| 5 | BARBAKOFF ("Defendants"), through their undersigned counsel, hereby stipulate as follows: |
| 6 | WHEREAS, this action was filed on June 11, 2012, and Plaintiff filed an Amended |
| 7 | Complaint on October 9, 2012; |
| 8 | WHEREAS, on January 23, 2013, Defendants filed an Answer to the Amended |
| 9 | Complaint; |
| 10 | WHEREAS, the parties filed a stipulation selecting early neutral evaluation on March 18, |
| 11 | 2013, requesting 90 days from the date the Court orders the case referred to ADR to hold the |
| 12 | early neutral evaluation, and the Court approved the stipulation on March 22, 2013; |
| 13 | WHEREAS, on April 18, 2013, the parties participated in a preliminary telephone |
| 14 | conference with the court appointed early neutral evaluator, and all agreed that if Defendants |
| 15 | were to file a Motion for Judgment on the Pleadings, the early neutral evaluation would benefit |
| 16 | from a ruling on that motion; |
| 17 | WHEREAS, on May 6, 2013, Defendants filed a Motion for Judgment on the Pleadings, |
| 18 | which is set for hearing on June 20, 2013; |
| 19 | WHEREAS, the ADR deadline is currently June 20, 2013; |
| 20 | WHEREAS, the parties believe, and the court-appointed early neutral evaluator agrees, |
| 21 | that this matter is not ready for early neutral evaluation given that the briefing on the Motion for |
| 22 | Judgment on the Pleadings is not yet complete and the pleadings are not yet settled; |
| 23 | WHEREAS, in the interest of efficiency the parties request that the Court extend the |
| 24 | deadline to hold the early neutral evaluation to 90 days from the date the Court rules on |
| 25 | Defendants' Motion for Judgment on the Pleadings because any evaluation session will greatly |
| 26 | benefit from having the pleadings and the scope of the case settled; |
| 27 | IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, and |
| 28 | subject to court approval, that pursuant to Local Rule 6-1(b), the deadline to hold the early neutral |

evaluation session is 90 days from the date the Court rules on the Motion for Judgment on the Pleadings.

Dated: May 8, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
    WILLIAM L. STERN

Attorneys for Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF

Dated: May 8, 2013

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, California 95008

By: /s/ *Ben F. Pierce Gore*
    BEN F. PIERCE GORE

Attorneys for Plaintiff

## ECF ATTESTATION

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER CONTINUING THE ADR DEADLINE**. In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: May 8, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
    WILLIAM L. STERN

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 13, 2013

DISTRICT JUDGE JON S. TIGAR