| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
|  | WStern@mofo.com |
| 2 | CLAUDIA M. VETESI (CA SBN 233485) |
|  | CVetesi@mofo.com |
| 3 | LISA A. WONGCHENKO (CA SBN 281782) |
|  | LWongchenko@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|  | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendants |
|  | BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A |
| 8 | BROMLEY TEA COMPANY, AND, BROMLEY PRODUCTS |
|  | CORP. |

**FILED**

**SEP 0 6 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY CLANCY, on behalf of himself and all others similarly situated, | Case No.   CV12-03003-JST |
|  | **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |
| Plaintiff, | |
| v. | |
| BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, LONDON HOLDING COMPANY, INC., BROMLEY PRODUCTS CORP., IRA BARBAKOFF, PAUL BARBAKOFF AND GLENN BARBAKOFF | |
| Defendants. | |

1    Plaintiff Tony Clancy ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, AND BROMLEY PRODUCTS CORP. ("Defendants"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS on April 10, 2013, the Court entered a Scheduling Order (Dkt. No. 48) calling for Plaintiff's motion for class certification to be filed on October 11, 2013, Defendants' opposition on November 8, 2013, Plaintiff's reply on November 22, 2013, and the hearing on December 17, 2013.

WHEREAS on May 6, 2013, Defendants filed a motion for judgment on the pleadings and to stay discovery pending a ruling on that motion (Dkt. Nos.50, 54), which Plaintiff opposed (Dkt. Nos. 57, 58), and on August 13, 2013 the Court granted in part and denied in part Defendant's motion, and denied as moot the motion to stay discovery (Dkt. No. 73).

WHEREAS Defendant Bromley Tea is a small, family-owned company with one of its owners, Ira Barbakoff, the principal contact and decision-maker with respect to this litigation.

WHEREAS Mr. Barbakoff has a chronic heart arrhythmia. On August 26, 2013, Mr. Barbakoff underwent a cardiac catheterization to diagnose the cause of the arrhythmia. After the procedure, Mr. Barbakoff began to experience troubling symptoms. On August 27, 2013, he was rushed to the Emergency Room at St. Barnabus Hospital in Livingston, New Jersey, where he underwent several days of observation and tests. He was released under medical instruction to get rest.

WHEREAS Defendants have informed Plaintiff that Mr. Barbakoff's medical recovery could be jeopardized if the current schedule is maintained.

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the deadlines set forth in the Scheduling Order shall be continued three months such that Plaintiff's motion for class certification shall be filed on January 13, 2014, Defendants' opposition on February 10, 2014, Plaintiff's reply on February 24, 2014, and the hearing on Tuesday, March 18, 2014. The parties are not seeking a stay of discovery during this three-month interval.

| | | |
|---|---|---|
| 1 | Dated: September 6, 2013 | WILLIAM L. STERN |
| 2 | | CLAUDIA M. VETESI |
| | | LISA A. WONGCHENKO |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ *William L. Stern*
    WILLIAM L. STERN

Attorneys for Defendants BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, AND BROMLEY PRODUCTS CORP.

Dated: September 6, 2013

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, California 95008

By: /s/ *Ben F. Pierce Gore*
    BEN F. PIERCE GORE

Attorneys for Plaintiff
TONY CLANCY

## ORDER

For good cause shown, Plaintiff's motion for class certification shall be filed on January 13, 2014, Defendants' opposition on February 10, 2014, Plaintiff's reply on February 24, 2014, and the hearing on Tuesday, March 18, 2014.

Dated: September 6, 2013

_____
DISTRICT JUDGE JON S. TIGAR