1  Ben. F. Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
2  1871 The Alameda, Suite 425
   San Jose, CA 95126
3  (408) 429-6506
   pgore@prattattorneys.com
4
   Brian K. Herrington (*pro hoc vice*)
5  Don Barrett, P.A.
   404 Court Square North
6  P.O. Box 927
   Lexington, MS 39095
7  (662) 834-2488
   bherrington@barrettlawgroup.com
8
   *Attorneys for Plaintiff*
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   TONY CLANCY, individually and on behalf          Case No. CV12-03003 (JST)
14  of all others similarly situated,

15              Plaintiff,                           **PLAINTIFF'S OPPOSITION TO
                                                     MOTION TO WITHDRAW AS
16  v.                                               COUNSEL FOR DEFENDANTS**

17  BROMLEY TEA COMPANY, EASTERN
    TEA CORP. d/b/a BROMLEY TEA              Hearing Date:    January 9, 2014
18  COMPANY, LONDON HOLDING              Time:            2:00 p.m.
    COMPANY, INC., BROMLEY PRODUCTS          Judge:           Hon. Jon S. Tigar
19  CORP., IRA BARBAKOFF, PAUL            Action Filed:    June 11, 2012
    BARBAKOFF and GLENN BARBAKOFF,
20
               Defendants.
21

22

23

24

25

26

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff submits this Memorandum of Points and Authorities in opposition to Morrison & Foerster's ("M&F") Motion to Withdraw As Counsel For Defendants. (Doc. No. 77.)

**INTRODUCTION**

Defendants have not paid their lawyers and those lawyers now seek to withdraw as counsel. If M&F had filed a simple motion to withdraw on the basis that it was not getting paid and, for relief, had asked merely that M&F be allowed to withdraw, Plaintiff would not have opposed the motion. However, M&F did not file such a straightforward motion. Instead, M&F's motion, at least implicitly, blames Plaintiff and this Court for placing Defendants in the predicament of having to defend against claims that Defendants contend they should not have to defend against. For relief, M&F requests, *inter alia*, that the Court enter an order "[s]taying all pre-trial deadlines to provide [Defendants] with additional time to retain successor counsel." (Doc. No. 77 at 5.)

M&F fails to explain why Defendants should be rewarded with a stay of proceedings for not paying their current counsel. And there certainly is no reason why Plaintiff should be prejudiced by entry of a stay. M&F's motion should be denied.

**ARGUMENT**

Plaintiff does not dispute the controlling law cited by M&F. Plaintiff does dispute categorically the proposition, put forward by M&F, that a litigant who does not pay its counsel should thereby gain a stay of pre-trial deadlines. This is precisely what M&F requests that this Court order – a stay of "all pre-trial deadlines to provide [Defendants] with additional time to retain successor counsel." (Doc. No. 77 at 5.)

M&F states that it informed Defendants of M&F's intent to withdraw on November 5, 2013. (Doc. No. 77 at 4.) By November 18, 2013, Defendants had still not paid M&F or obtained

other counsel. As of the date of this filing – December 2, 2013 – no other counsel has entered an appearance on Defendants' behalf. Almost a month has passed since Defendants were first notified that M&F would seek to withdraw and yet Defendants have not retained new counsel. Defendants should not now be rewarded with a delay of these proceedings for failing to pay its attorneys and for failing to obtain new counsel.

Plaintiff should not be prejudiced by Defendants' unwillingness to pay their lawyers. Therefore, Plaintiff opposes M&F's motion. If the Court is inclined to allow M&F to withdraw, Plaintiff respectfully submits that Defendants must proceed *pro se* until they find substitute counsel. In no event should there be a delay in these proceedings. *See Doe v. City of Modesto*, 2013 WL 4828706, at *3 (E.D. Cal.) (withdrawal granted but litigant ordered to proceed *pro se* until she hired substitute counsel).

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that M&F's motion be denied.

Dated:  December 2, 2013

Respectfully submitted,

/s/ *Pierce Gore*

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

Brian Herrington (admitted *pro hac vice*)
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
(662) 834-2488
bherrington@barrettlawgroup.com

*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

3

    I, Pierce Gore, hereby certify that a true and complete copy of the foregoing was served to all counsel of record via the ECF filing system on December 2, 2013.

4

/s/  *Pierce Gore*

5

Pierce Gore

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28