WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A
BROMLEY TEA COMPANY, AND BROMLEY PRODUCTS
CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY CLANCY, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>BROMLEY TEA COMPANY, EASTERN TEA CORP. D/B/A BROMLEY TEA COMPANY, and BROMLEY PRODUCTS CORP.,<br><br>                Defendants. | Case No. CV12-03003-JST<br><br>**REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>Judge:            Hon. Jon S. Tigar<br>Action Filed:   June 11, 2012<br>Hearing Date: January 9, 2014<br>Time:              2:00 p.m. |

1

REPLY ISO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
Case No. CV12-03003-JST
sf-3361628

## I. INTRODUCTION

Morrison & Foerster asks the Court for permission to withdraw as counsel based on the non-payment of legal fees and expenses, and a disagreement with the Bromley Tea defendants regarding the litigation strategy in this matter.  Plaintiff's only objection to Morrison & Foerster's motion is based on the firm's request for a stay of pre-trial deadlines to allow Bromley Tea additional time to retain new counsel.  But the issue of a stay is not grounds for denying Morrison & Foerster's motion—the firm suggested a brief stay of deadlines just long enough for the Court to reset the case schedule once Bromley Tea retains new counsel or proceeds *pro se* in this matter.

## II. ARGUMENT

As Morrison & Foerster explained in its Motion, the firm seeks to withdraw as counsel for two simple reasons.  First, Bromley Tea has not paid the firm legal fees and expenses in the amount of $84,927.55.  (Declaration of William Stern in Support of Motion to Withdraw, Dkt. No. 77-1, ¶ 2.)  Second, a disagreement has development between Bromley Tea and Morrison & Foerster regarding the litigation strategy in this matter, which makes it unreasonably difficult for the firm to carry out its representation of the defendants.  (*Id.* ¶ 6.)

In response, Plaintiff states that he does not oppose a motion to withdraw based on the non-payment of legal fees.  (Opposition to Motion to Withdraw, Dkt. No. 78 at 1:7-9.)  Nor does he dispute the "controlling law" cited by Morrison & Foerster.  (*Id.* at 1:20-22.)  But Plaintiff does object to a stay of pre-trial deadlines to allow Bromley Tea additional time to retain new counsel. (*Id.* at 1:13-19.)  Morrison & Foerster is not suggesting a lengthy stay, but rather, a brief suspension of pre-trial deadlines so that the Court can reset the case calendar once Bromley retains new counsel or proceeds *pro se* in this matter.  (Motion to Withdraw, Dkt. No. 77, at 4:23-5:2.)

As such, the Court should grant Morrison & Foerster's request to withdraw as counsel in this matter as well as a brief stay of pre-trial deadlines.

## III. CONCLUSION

For the following reasons, good cause exists to permit Morrison & Foerster to withdraw as counsel of record for the Bromley Tea defendants.

1

REPLY ISO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
Case No. CV12-03003-JST
sf-3361628

| | | |
|---|---|---|
| 1 | Dated: December 9, 2013 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: s/ William L. Stern |
| 4 | | WILLIAM L. STERN |
| 5 | | Attorneys for DEFENDANTS BROMLEY TEA COMPANY, EASTERN TEA CORP. d/b/a BROMLEY TEA COMPANY, and BROMLEY TEA COMPANY PRODUCTS CORP. |

2

REPLY ISO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
Case No. CV12-03003-JST
sf-3361628