UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLANCY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BROMLEY TEA COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-03003-JST<br><br>**ORDER TO SHOW CAUSE; VACATING DEADLINES AND HEARING DATES** |

Defendants' former counsel has withdrawn from representing Defendants, without substitute counsel appearing. See Order Granting Motion to Withdraw, ECF No. 84. As Defendants' previous counsel informed Defendants, since Defendants are corporations they may not appear in court without being represented by counsel. See Civ. L.R. 3-9(b)("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court"); Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993)("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel").

Therefore, both parties are ORDERED to SHOW CAUSE why Plaintiff should not, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, be ordered to either: (1) dismiss this action or (2) move the Clerk of Court for entry of default. A representative of Defendants may appear only for the limited purpose of responding to this Order to Show Cause. The Order to Show Cause hearing is SET for Thursday, April 17, 2014 at 2:00 P.M. in Courtroom 9, 19th Floor, San Francisco, California. Written responses to the Order to Show Cause shall be submitted not later than April 3, 2014, and not earlier than March 27, 2014. If an attorney makes a Notice of Appearance on behalf of Defendants before the date of the hearing, the Order to Show Cause will

1  be vacated and the hearing will proceed as a case management conference.

2  While the Order to Show Cause is pending, all deadlines and hearing dates in this case are

3  hereby VACATED.

4  **IT IS SO ORDERED.**

5  Dated: January 17, 2014



_____
JON S. TIGAR
United States District Judge