UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLANCY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BROMLEY TEA COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03003-JST<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 85 & 86 |

　　　The April 17, 2014 hearing on the Court's Order to Show Cause is hereby VACATED. The Court will issue no further order at this time.

　　　**IT IS SO ORDERED.**

Dated: April 7, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge