UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY CLANCY,

    Plaintiff,

    v.

THE BROMLEY TEA COMPANY, et al.,

    Defendants.

Case No. 12-cv-03003-JST

**ORDER REGARDING MOTION FOR CLASS CERTIFICATION**

The deadline for Defendants to file an opposition to Plaintiff's motion for class certification, ECF No. 81, having passed without Defendants filing one, the court now takes the motion under submission. The court will decide the motion without a hearing.

**IT IS SO ORDERED.**

Dated: June 24, 2014

                                              JON S. TIGAR
                                      United States District Judge