United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TONY CLANCY,

    Plaintiff,

v.

THE BROMLEY TEA COMPANY, et al.,

    Defendants.

Case No. 12-cv-03003-JST

**ORDER OF DISMISSAL**

The Court, finding that Plaintiff had not met his burden of establishing subject-matter jurisdiction, issued an Order to Show Cause why this action should not be dismissed. ECF No. 90. Plaintiff Tony Clancy filed no response to this order, instead moving to dismiss this action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. ECF No. 91.

This action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 25, 2014



JON S. TIGAR
United States District Judge